IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUDDEL PIERRE,

      Appellant,

v.

      Case No. 5D21-2487
      LT Case No. 2018-CF-016113-A-OR

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Orange County,
Jenifer M. Harris, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EISNAUGLE, SASSO and NARDELLA, JJ., concur.